Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | |
|---|---|
| SAGUARO RANCH DEVELOPMENT CORPORATION, | Jointly Administered Under Case No. 4:09-bk-02490-EWH Chapter 11 |
| PCC INVESTMENTS, LLC, | Case No. 4:09-bk-02484-EWH Chapter 11 |
| SAGUARO GUEST RANCH MANAGEMENT CORPORATION, | Case No. 4:09-bk-02489-EWH Chapter 11 |
| SAGUARO RANCH INVESTMENTS, LLC, | Case No. 4:09-bk-02492-EWH Chapter 11 |
| SAGUARO RANCH REAL ESTATE CORPORATION, | Case No. 4:09-bk-02494-EWH Chapter 11 |
| Debtors. | |
| COURTLAND GETTEL, a married man as his sole and separate property; and CGTS, L.L.C., an Arizona limited liability company, | ADV. No. 4:09-ap-00524-EWH |
| Plaintiff, | NOTICE OF REMOVAL |
| v. | |
| TITLE SECURITY AGENCY OF ARIZONA AS TRUSTEE OF TRUST 773; and SAGUARO RANCH DEVELOPMENT CORPORATION, an Arizona corporation, | |
| Defendants. | |

The jointly administered debtors, debtors-in-possession, Saguaro Ranch Development Corporation, PCC Investments, LLC, Saguaro Guest Ranch Management Corporation, Saguaro Ranch Investments, LLC, and Saguaro Ranch Real Estate Corporation files this Notice of Removal and allege as follows:

1. The jointly administered debtors, Saguaro Ranch Development Corporation, PCC Investments, LLC, Saguaro Guest Ranch Management Corporation, Saguaro Ranch Investments, LLC, and Saguaro Ranch Real Estate Corporation filed their voluntary Chapter 11 proceedings on February 13, 2009. This Court entered an Order for joint administration of these cases under Saguaro Ranch Development Corporation, Case No. 4:09-bk-02490-EWH on March 4, 2009.

2. Debtor Saguaro Ranch Development Corporation, and Title Security Agency of Arizona as Trustee under Trust No. 773 which sold Lots 17 and 38 to the Plaintiff are defendants in a state court action under Case No. C 20085219.

3. Defendants sold Lots 17 and 38 to Plaintiff.

4. The Plaintiffs, Courtland Gettel and CGTS, LLC filed a Complaint seeking reimbursement of architectural and engineering fees, damages and other relief.

5. Debtor filed an answer to the Amended Complaint.

6. A copy of the Court file of Case No. C 20085219 will be filed in this proceeding once it has been received from the Superior Court. A copy of the Superior Court's unofficial docket is attached hereto as Exhibit A.

7. This action is related to the Debtors' cases under Chapter 11 and thus within this Court's jurisdiction pursuant to 28

U.S.C. § 1334(b).

8. This is an action which may be removed from the Superior Court of Arizona to this Court pursuant to 28 U.S.C. § 1452.

9. This Notice is timely filed pursuant to Bankruptcy Rule 9027(a)(3).

10. This notice is filed in the Bankruptcy Court pursuant to Local Bankruptcy Rule 9027-1(a) ("A notice of removal of litigation pending in a court in Arizona, together with an adversary proceeding cover sheet, shall be filed with the bankruptcy court clerk's office in the division where the removed litigation is pending."). We note that this removed action is within the automatic reference from the District Court to the Bankruptcy Court as provided in the District Court's General Order 01-15(1) filed June 29, 2001 ("Pursuant to 28 U.S.C. § 157(a), the court hereby refers to the bankruptcy judges for this district all cases under title 11 and all proceedings under title 11 or arising in or related to a case under title 11 as of the effective date of the present Bankruptcy Act.")

11. Upon removal, the proceeding is a core proceeding and debtor consents to entry of final orders on judgement by the Bankruptcy Court.

12. Pursuant to Bankruptcy Rule 9027(c), a copy of this notice shall be filed this date in the file of the Clerk of the Superior Court in Pima County. Removal of the cause of action is effected upon filing a copy of the notice of removal. The parties shall proceed no further in the

Superior Court unless and until the claim or cause of
            action is remanded.

    DATED: May 13, 2009.

                                    LAW OFFICES OF
                                    *ERIC SLOCUM SPARKS, P.C.*


                                    /s/ Sparks AZBAR #11726
                                    Eric Slocum Sparks for Debtor

COPIES of the foregoing
mailed/delivered/faxed
March 20, 2009, to:

Ilene J. Lashinsky
Christopher J. Pattock
UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

Official Committee of Unsecured Creditors:

    Arizona Restaurant Supply, Inc.
    Attn: Tom Carr
    6077 N. Travel Center Drive
    Tucson, Arizona 85741

    Linthicum Corp.
    Attn: Clayton Boop
    20789 N. Pima Road, #250
    Scottsdale, Arizona 85255

    Rick Engineering Company, Inc.
    Attn: Paul Iezzi
    3945 E. Fort Lowell Road, #111
    Tucson, Arizona 85712-1046

    Three Architecture, Inc.
    Attn: Jack Baines
    4040 N. Central Expressway, #1200
    Dallas, TX 75204

    Earth-Scrapes Excavating, Inc.
    Attn: Jody Mott
    P O Box 69576
    Oro Valley, AZ 85737

Neil Eckel, Esq.
DURAZZO & ECKEL, P.C.

```
 1  45 North Tucson Boulevard
    Tucson, Arizona 85716
 2  Attorneys for Amanti Electric, Inc.

 3  Alan M. Levinsky
    BUCHALTER NEMER
 4  16435 North Scottsdale Road
    Suite 440
 5  Scottsdale, Arizona 85254
    Attorneys for Ford Motor Credit Company LLC
 6
    Jeffrey H. Greenberg, Esq.
 7  Stubbs & Schubart, P.C
    340 N. Main ST.
 8  Tucson, AZ 85701
    Attorney for Gettel
 9
    Craig L. Keller, Esq.
10  Keller & Hickey, P.C.
    2177 E. Warner Rd.
11  Suite 103
    Tempe, AZ 85284
12  Special Attorney for Debtor

13

14
    /s/ K. Horak
15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

 Case Information

| | |
|---|---|
| Case Number: | C20085219 |
| File Date: | 7/25/2008 |
| Caption: | COURTLAND GETTEL ET AL. VS. TITLE SECURITY AGENCY OF ARIZONA ET AL. |
| Judge: | Paul E. Tang |

 Party Listing

| Party Full Name | Party Role | Name Type |
|---|---|---|
| COURTLAND GETTEL | Plaintiff | True |
| CGTS LLC | Plaintiff | True |
| TITLE SECURITY AGENCY OF ARIZONA | Defendant | True |
| SAGUARO RANCH DEVELOPMENT CORP | Defendant | True |

 Document Index Listing

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Ruling | In Chambers Re: | IN CHAMBERS RULING | 4/15/2009 | Available at Courthouse |
| Notice | Notice Of Filing | PLAINTIFF'S NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY | 4/10/2009 | Available at Courthouse |
| CourtNotice | In Chambers | IN CHAMBERS | 3/13/2009 | Available at Courthouse |
| Notice | Notice Of Filing | NOTICE OF FILING BANKRUPTCY & REQUEST TO STAY PROCEEDINGS | 3/9/2009 | Available at Courthouse |
| CourtNotice | Notice Re: Reassignment | Notice Re: Reassignment | 1/12/2009 | Available |
| Receipt | All Money Receipts | All Money Receipts #1124137 | 11/10/2008 | Available at Courthouse |
| Arbitration | Certificate of Agreement | CERTIFICATE OF AGREEMENT REGARDING COMPULSORY ARBITRATION | 11/10/2008 | Available at Courthouse |
| Answer | Answer/Response To | DEFTS' ANSWER TO PLTFS' 1ST AMENDED COMPLAINT | 11/7/2008 | Available at |

| | | | | |
|---|---|---|---|---|
| | Complaint | AMENDED COMPLAINT | | Courthouse |
| Misc | Complaint/Brief | FIRST AMENDED COMPLAINT | 10/20/2008 | Available at Courthouse |
| Ruling | In Chambers Re: | IN CHAMBERS RE: DEFENDANTS' MOTION TO DISMISS | 10/9/2008 | Available at Courthouse |
| Motion | Motion To Amend/Modify | PLAINTIFF'S MOTION TO AMEND COMPLAINT | 10/8/2008 | Available at Courthouse |
| Answer | Answer/Response To Motion | REPLY TO RESPONSE TO MOTION TO DISMISS | 10/3/2008 | Available at Courthouse |
| Oppose | Opposition To Motion | OPPOSITION TO MOTION TO DISMISS | 9/23/2008 | Available at Courthouse |
| Motion | Motion To Dismiss | MOTION TO DISMISS | 8/21/2008 | Available at Courthouse |
| Aff | Affidavit Of Service | AMENDED AFFIDAVIT OF SERVICE - TITLE SECURITY AGENCY | 8/8/2008 | Available at Courthouse |
| Aff | Affidavit Of Service | AFFIDAVIT OF SERVICE - TITLE SECURITY AGENCY OF ARIZONA | 8/7/2008 | Available at Courthouse |
| Aff | Affidavit Of Service | AFFIDAVIT OF SERVICE - SAGUARO RANCH DEVELOPMENT CORPORATION | 8/6/2008 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts #1082509 | 7/28/2008 | Available at Courthouse |
| Arbitration | Certificate of Compulsory Arbitration | Certificate of Compulsory Arbitration | 7/25/2008 | Available at Courthouse |
| Open | Petition & Complaint | Petition & Complaint | 7/25/2008 | Available at Courthouse |